An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

VICTORIA SEAMAN, AN INDIVIDUAL;
AND CLARK COUNTY REPUBLICAN
CENTRAL COMMITTEE, A DOMESTIC
NON-PROFIT CORPORATION,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
NANCY L. ALLF, DISTRICT JUDGE,
Respondents,
and
ROSS MILLER, IN HIS OFFICIAL
CAPACITY AS THE SECRETARY OF
STATE OF NEVADA; JOSEPH GLORIA,
IN HIS OFFICIAL CAPACITY AS
CLARK COUNTY REGISTRAR OF
VOTERS; AND MEGHAN SMITH, AN
INDIVIDUAL,
Real Parties in Interest.

No. 66505

**FILED**

SEP 16 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING EMERGENCY PETITION FOR WRIT OF MANDAMUS*

This is an emergency, original petition for a writ of mandamus seeking an order requiring the district court to expedite the proceedings in a declaratory relief action currently pending before that court.

A writ of mandamus is available to compel the performance of an act that the law requires as a duty resulting from an office, trust, or station, or to control an arbitrary or capricious exercise of discretion. *See* NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Whether to consider a writ petition is within this court's discretion. *Smith v. Eighth Judicial Dist.*

14-30756

*Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Petitioners bear the burden of demonstrating that extraordinary relief is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).

Having considered the writ petition, we conclude that petitioners have not met their burden of demonstrating that our intervention by way of extraordinary writ relief is warranted. *See id.* We therefore deny the petition. *See* NRAP 21(b)(1); *Smith*, 107 Nev. at 677, 818 P.2d at 851.

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.      _____, J.
Pickering                                          Hardesty

_____, J.      _____, J.
Parraguirre                                        Douglas

_____, J.      _____, J.
Cherry                                              Saitta

cc:    Hon. Nancy L. Allf, District Judge
       Hafter Law
       Clark County District Attorney/Civil Division
       Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP/Las Vegas
       Attorney General/Carson City
       Eighth District Court Clerk